# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:04CR24-5

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| JOSE JACOBO TOPETE ) | |

**THIS MATTER** is before the Court on the government's motion to reduce Defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

For the reasons stated therein,

**IT IS, THEREFORE, ORDERED** that the government's motion is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 63 months imprisonment to a term of 41 months imprisonment, with all other terms and conditions of the Judgment of Conviction to remain in full force and effect. The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

The Clerk is directed to transmit copies of this Order electronically to the United States Attorney, defense counsel, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned, and by mail to the Defendant.

Signed: April 4, 2006

Lacy H. Thornburg
United States District Judge